**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
THOMAS S. KIDDE, SB# 61717
  E-Mail: Thomas.Kidde@lewisbrisbois.com
RACHEL J. LEE, SB# 225263
  E-Mail: Rachel.Lee@lewisbrisbois.com
KRISTALYN F. LEE, SB# 300677
  E-Mail: Kristalyn.Lee@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendant THE KENNARD DEVELOPMENT GROUP dba KDG CONSTRUCTION CONSULTING (erroneously sued herein as KENNARD DEVELOPMENT GROUP)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGINALD WRIGHT, an individual; PMCM CONSULTING ENGINEERS, a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> KENNARD DEVELPMENT GROUP, a California corporation; and DOES 1-10, <br><br> Defendants. | CASE NO. 2:16-cv-5707 <br><br> **STIPULATION RE DISMISSAL** <br><br> The Hon. Michael W. Fitzgerald, MWF (SKx-Courtroom 23) <br><br> Trial Date:    September 19, 2017 |

IT IS HEREBY STIPULATED by and between the parties to *Reginald Wright, et al. v. Kennard Development Group, et al.*, Case No. 2:16-cv-5707, Plaintiffs REGINALD WRIGHT and PMCM CONSULTING ENGINEERS (collectively "Plaintiffs") and Defendant THE KENNARD DEVELOPMENT GROUP dba KDG CONSTRUCTION CONSULTING ("Defendant") (collectively the "Parties"), by and through their respective attorneys of record, that this case be

4815-7268-3339.1

STIPULATION RE DISMISSAL

dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: July 27, 2017

MUNDELL, ODLUM & HAWS, LLP

By: /s/ James Odlum
James Odlum, Esq.
Attorneys for Plaintiffs REGINALD WRIGHT and PMCM CONSULTING ENGINEERS

DATED: July 19, 2017

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/
John L. Barber, Esq.
Thomas Kidde, Esq.
Rachel Lee, Esq.
Kristalyn Lee, Esq.
Attorneys for Defendant THE KENNARD DEVELOPMENT GROUP dba KDG CONSTRUCTION CONSULTING (erroneously sued herein as KENNARD DEVELOPMENT GROUP)

4815-7268-3339.1

2

STIPULATION RE DISMISSAL